UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRM Irving, LLC
**Plaintiff**

-v-

South Gramercy, LLC
**Defendant**

ECF Case
Case No.   1:07-cv-3025 RWS

**Rule 7.1 Statement**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PRM Irving, LLC _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 4/13/07

_[signature]_
**Signature of Attorney**

**Attorney Bar Code:** SU3812

Form Rule7_1.pdf