UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRM IRVING, LLC, )<br>      Plaintiff, )<br>       )<br>v. )<br>       )<br>SOUTH GRAMERCY, LLC, )<br>      Defendant )  | Civil Action No.: 07-CV-3025 |

**CERTIFICATE OF SERVICE**

    I, Steven D. Usdin, Esquire, hereby certify that on June 20, 2007, a true and correct copy of plaintiff, PRM Irving, LLC's Request for Entry of Default as to South Gramercy, LLC was served via U.S. First Class Mail, postage prepaid on the following:

South Gramercy, LLC
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, Delaware 19904

/s/Steven D. Usdin, Esquire **(SU3812)**