**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRM IRVING, LLC, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No.: 07-CV-3025 |
| v. ) | |
| ) | |
| SOUTH GRAMERCY, LLC, ) | |
|     Defendant ) | |

### PLAINTIFF, PRM IRVING, LLC'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 (a)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Plaintiff, PRM Irving, LLC, makes the following disclosure:

1. Is the party a non-governmental corporate party?    Yes.

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   PRM Irving, LLC is owed by PRM Realty Group, LLC and McCarthy Family Trust in equal shares.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   There is no such corporation that owns 10% or more of the party's stock.

   The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                                            **RESPECTFULLY SUBMITTED,**

                                            **COHEN SEGLIAS PALLAS**
                                              **GREENHALL & FURMAN, P.C.**

                                          **/s/Steven D. Usdin**
                                          **STEVEN D. USDIN (SU3812)**
                                          30 South 17th Street, 19th Floor
                                          Philadelphia, Pennsylvania 19103
                                          (215) 564-1700
                                          *Counsel for the Plaintiff, PRM Irving, LLC*

DATED:     July 25, 2007