## **CERTIFICATE OF SERVICE**

      I, Steven D. Usdin, do hereby certify that on July 25, 2007, a true and correct copy of PRM Irving, LLC's Answer and Affirmative Defenses was served via U.S. First Class Mail, postage pre-paid upon the following:

Steven R. Lapidus, Esquire
Lapidus & Associates, LLP
305 Madison Avenue, 46th Floor
New York, New York 10165
*Attorney for the Defendant, South Gramercy, LLC*

Mark Warren Moody, Esquire
M.W. Moody, LLC
185 Franklin Street, 5th Floor
New York, New York 10013
*Attorney for the Defendant, South Gramercy, LLC*

                                                      /s/Steven D. Usdin
                                                    Steven D. Usdin (SU3812)