UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRM IRVING, LLC

                                     Plaintiff,

          -against-

SOUTH GRAMERCY, LLC,

                                Defendant.

------------------------------------------------------------------X

Case No.: 07-CV-3025

## ORDER

Chicago Title Insurance Company's ("Chicago") motion pursuant to Fed. R. Civ. P. 24 and Fed. R. Civ. P. 22 for an order permitting it to deposit escrow monies in the sum of $450,000.00 into the registry of the Court, is hereby granted. Upon its deposit of the escrow monies at issue in this case into the Court, Chicago shall be dismissed from this action and from any and all liability.

SO ORDERED

Dated: August 6, 2007

_____
ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE