UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

PRM IRVING, LLC,

              Plaintiff,

   - against -

SOUTH GRAMERCY, LLC,

              Defendant.

----------------------------------------X

07 Civ. 3025 (RWS)

O R D E R

**Sweet, D.J.,**

       The motion of Chicago Title Insurance Company to intervene in the above-captioned action, dated August 6, 2007, will be taken on submission on Wednesday, August 29, 2007. All motion papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

New York, NY
August 17, 2007

                                     ROBERT W. SWEET
                                        U.S.D.J.