UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRM IRVING, LLC

                          Plaintiff,

    -against-

SOUTH GRAMERCY, LLC,

                         Defendant.

-----------------------------------------------------------------X

Case No.: 07-CV-3025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

**ORDER**

Chicago Title Insurance Company's ("Chicago") motion pursuant to Fed. R. Civ. P. 24 and Fed. R. Civ. P. 22 for an order permitting it to deposit escrow monies in the sum of $450,000.00 into the registry of the Court, is hereby granted. Upon its deposit of the escrow monies at issue in this case into the Court, Chicago shall be dismissed from this action and from any and all liability.

SO ORDERED

Dated: August 6, 2007

_____
ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

8·31·07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Index No.: 07-CV-3025
PRM IRVING, LLC,

                Plaintiff,                                **AFFIDAVIT OF SERVICE**

     -against-

SOUTH GRAMERCY, LLC

               Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK,
                SS.:
COUNTY OF NEW YORK

     I, Rosa Tricarico, being sworn, say: I am not a party to the action. I am over 18 years of age and reside in Kings County.

     On the 6th day of August 2007, I served the within NOTICE OF MOTION and LETTER BRIEF on:

Steven D. Usdin, Esq.                    Steven R. Lapidus, Esq.
Cohen Seglias Pallas Greenhall        Lapidus & Associates, LLP
 & Furman, P.C.                         305 Madison Avenue, 46th Floor
30 South 17th Street, 19th Floor        New York, New York 10165
Philadelphia, Pennsylvania 19103

Mark Warren Moody, Esq.
M W Moody
185 Franklin Street, 5th Floor
New York, New York 10013

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to them at their last known address set forth after their name

                                                                        /s/ Rosa Tricarico
                                                                           Rosa Tricarico

Sworn to before me on the
6th day of August, 2007

/s/ Joyce A. Saunders
Notary Public

*Joyce A. Saunders*
*Notary Public, State of New York*
*No 31-47877170*
*Qualified in New York County*
*Commission Expires March 30 2011*